**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant
TD Auto Finance LLC

**ROSE WALDORF LLP**
Michael J. Gregg (SBN 321765)
mgregg@rosewaldorf.com
100 Oceangate
Suite 300
Long Beach, CA 90802-4380
Telephone: 518.869.9200

Attorneys for Defendant
FCA US LLC

**RICHARD C. DALTON, LLC**
Richard C. Dalton (SBN 268598)
rick@rickdaltonlaw.com
PO Box 358
Carencro, LA 70520
Telephone: 337.371.0375

Attorneys for Plaintiff
Nikolas Maciel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NIKOLAS MACIEL,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC; HOBLIT CHRYSLER JEEP DODGE, INC.; AND TD AUTO FINANCE LLC,<br><br>    Defendants. | CASE NO. 2:21-cv-01028-WBS-KJN<br><br>Hon. William B. Shubb<br>Hon. Magistrate Kendall J. Newman<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date:   October 12, 2021<br>Time:  1:30 PM<br>Place:  Courtroom 5<br><br>Complaint Filed:      06/10/2021 |

Plaintiff Nikolas Maciel ("Plaintiff") and Defendants FCA US LLC ("FCA") and TD Auto Finance LLC ("TDAF") (collectively, the "Parties"), by and through their respective undersigned counsel of record, filed a joint stipulation to continue the Initial Scheduling Conference hearing. After review of the joint stipulation, the pleadings in this action, and good cause appearing, the Court hereby **GRANTS** the Parties' stipulation and orders as follows:

1. The Initial Scheduling Conference currently set for October 12, 2021 at 1:30 PM in Courtroom 5 (WBS) is continued to **December 20, 2021 at 1:30 PM** in Courtroom 5 (WBS), or on another date convenient for the Court.

2. The Parties shall comply with any deadlines that may be triggered as a result of the new Initial Scheduling Conference date as required under Local Rules. A joint status report shall be filed no later than **December 6, 2021** in accordance with the court's Order Re: Status (Pretrial Scheduling) Conference filed June 10, 2021 (Docket No. 3).

**IT IS SO ORDERED.**

Dated: September 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE