Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone:   (518) 869-9200
Facsimile:   (518) 869-3334
Email:   mgregg@rosewaldorf.com
          mskanes@rosewaldorf.com

Attorneys for Defendants FCA US LLC and
HOBLIT CHRYSLER JEEP DODGE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAS MACIEL,<br><br>          Plaintiff,<br><br>     vs.<br><br>FCA US LLC; HOBLIT CHRYSLER JEEP DODGE, INC.; AND TD AUTO FINANCE LLC,<br><br>          Defendants. | Case No.: 2:21-cv-01028-WBS-KJN<br><br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

     The stipulation is approved.   The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. All parties to bear their own fees and costs.

Dated:  April 26, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE